```
 1  CHARLES THOMPSON (SBN 67803)
    DARIN T. JUDD (SBN 160475)
 2  LIPPENBERGER, THOMPSON, WELCH,
         SOROKO & GILBERT LLP
 3  201 Tamal Vista Boulevard
    Corte Madera, California 94525
 4  Telephone: (415) 421-5300
    Facsimile:  (415) 421-0225
 5
    Attorneys for Plaintiffs
 6  JOSEPH T. NORTON, BUFFINGTON &
    ASSOCIATES, INC., dba, SALES SERVICE WEST,
 7  and CSA WEST, INC.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH T. NORTON; BUFFINGTON & ASSOCIATES, INC., d/b/a SALES SERVICE WEST; and CSA WEST, INC.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CSA SERVICES, INC.; WALT McCONNELL; FRED LANIER;  and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.: 3:05-cv-03601-CRB<br><br>STIPULATED MOTION TO TRANSFER, MEMORANDUM OF POINTS AND AUTHORITIES, AND [~~PROPOSED~~] ORDER TO TRANSFER |

**STIPULATED MOTION**

Pursuant to 28 U.S.C. 1406(a), CLR 7-12, and the stipulation below, the parties move this court for an order transferring this case to the United States District Court for the District of South Carolina, Columbia Division.

**POINTS AND AUTHORITIES**

28 U.S.C. 1406(a) provides that if a civil action is commenced in the wrong district or division, the court may, in the interest of justice, transfer the case to any district or division in which the case could have been brought.

///

The contract at issue in this case includes a forum selection clause identifying York County, South Carolina as the proper forum for actions involving the contract. Plaintiffs originally filed this case in California state court, in Alameda County. Defendants removed the case to federal court on the basis of diversity jurisdiction and Defendant CSA Services, Inc., filed a Motion to Dismiss for Improper Venue, in which Defendants Walt McConnell and Fred Lanier joined in the alternative to their Motion to Dismiss for Lack of Personal Jurisdiction. The parties have agreed to transfer this case to the District Court for the District of South Carolina. Because the parties agree to the transfer, and because transfer would avoid the necessity of filing a new lawsuit in South Carolina, justice would be served by the court granting this motion.

## STIPULATION

Expressly reserving all rights, objections and defenses, and without waiver of any right, objection or defense, including, but not limited to, Defendants Walt McConnell and Fred Lanier's defense that this court lacks personal jurisdiction, the parties stipulate as follows:

1) There being no federal court division in York County, South Carolina, the parties stipulate to an order transferring this case to the United States District Court for the District of South Carolina, Columbia Division; and

2) If this Stipulated Motion is Granted, Defendants agree to withdraw their Motions to Dismiss currently pending before this court.

DATED: October 7, 2005                    By: /S/ Jared Gardner
                                              Jared E. Gardner
                                              Attorney for Defendants

DATED: October 4, 2005                    By: /S/ Darin T. Judd
                                              Darin T. Judd
                                              Attorney for Plaintiffs

///

///

1 **[PROPOSED] ORDER**

2       PURSUANT TO STIPULATION, IT IS ORDERED that this case be transferred to the

3 United States District Court for the District of South Carolina, Columbia Division.

4

5 DATED: October 12, 2005        By: _____

6                                   The Hon. Charles R. Breyer

*APPROVED — Judge Charles R. Breyer*